UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JEFFREY D. BIANCHI,

     Plaintiff,

v.

NATIONWIDE CREDIT, INC.,

     Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.     Plaintiff, JEFFREY D. BIANCHI, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.      Defendant, NATIONWIDE CREDIT, INC., is a professional corporation and citizen of the State of Georgia with its principal place of business at Building 400, 2016 Vaughn Road, Kennesaw, Georgia 30144.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.      Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

March 19, 2009
Yes, I'm calling to confirm location information concerning Jeffrey Bianchi. Please to call me back at 866-479-7925 extension 56 - 5646.  I repeat, it's 866-479-7925 extension 5646.  You call me back as it is really important. And refer reference file no. 09077114974. Thank you, have a good day.

March 24, 2009
Hi, this is Davy. This call is for Jeffrey Bianchi regarding a personal business matter. You need to call me back at 866-479-7925. Extension number is 5646. Thank you.

2

March 30, 2009, 12:06 PM
Nationwide Credit, this is Rama. How may I assist you?  Hello.  Thank you
for calling Nationwide Credit, this is Rama, how may I assist you?

March 30, 2009, 12:06 PM – Blank Message

March 31, 2009 – Blank Message

April 1, 2009
Hey, Jeff, this is Jes. Do return my call at 866-479-7925.  Extension to reach
me is 5644.  Thank you and have a great day.

April 3, 2009
Hey, hi, this is Jes. This message is for Jeffrey Bianchi.  Do return my call at
866-479-7925, extension to reach me 5644. Do return my call, Jeff, it is
really important that you have a word with me. Thanks and have a great day.

April 5, 2009 – Pre-Recorded Message
7925.  This is not a solicitation call.  Again, the number is 1-866-479-7925.
Thank you.

April 11, 2009 – Pre-Recorded Message
479-7925.  This is not a solicitation call.  Again the number is 1-866-479-
7925.  Thank you.

April 18, 2009 – Pre-Recorded Message
479-7925.  This is not a solicitation call.  Again the number is 1-866-479-
7925.  Thank you.

April 19, 2009 – Pre-Recorded Message
7925.  This is not a solicitation call.  Again the number is 1-866-479-7925.
Thank you.

April 22, 2009 – Pre-Recorded Message
Chi….if you are not Jeffrey Bianchi, please hang up or disconnect.  By
continuing to listen to this message you acknowledge that you are Jeffrey
Bianchi.  This message contains personal and private information so you
should listen to it in private.  There will now be a 3 second pause in this
message to give you an opportunity to ensure your privacy for the remainder
of this message…

3

<u>April 23, 2009 – Pre-Recorded Message</u>
Jeffrey Bianchi.  If you are not Jeffrey Bianchi, please hang up or
disconnect.  By continuing to listen to this message you acknowledge that
you are Jeffrey Bianchi.  This message contains personal and private
information so you should listen to it in private.  There will now be a 3
second pause in this message to give you an opportunity to ensure your
privacy for the remainder of this message.  This is Mary Jones from
Nationwide credit.  This is an attempt to collect a debt and any information
obtained will be used for that purpose.  Please contact me about an important
business matter at 866-479-7925.  Good bye.

<u>April 24, 2009 – Pre-Recorded Message</u>
Bianchi. If you are not Jeffrey Bianchi, please hang up or disconnect.  By
continuing to listen to this message you acknowledge that you are Jeffrey
Bianchi.  This message contains personal and private information so you
should listen to it in private.  There will now be a 3 second pause in this
message to give you an opportunity to ensure your privacy for the remainder
of this message.  This is Mary Jones from Nationwide Credit.  This is an
attempt to collect a debt and any information obtained will be used for that
purpose.  Please contact me about an important business matter at 866-479-
7325.  Good bye.

<u>May 2, 2009 – Pre-Recorded Message</u>
Bianchi. If you are not Jeffrey Bianchi, please hang up or disconnect.  By
continuing to listen to this message you acknowledge that you are Jeffrey
Bianchi.  This message contains personal and private information so you
should listen to it in private.  There will now be a 3 second pause in this
message to give you an opportunity to ensure your privacy for the remainder
of this message.

<u>May 3, 2009 – Pre-Recorded Message</u>
479-7925.  This is not a solicitation call.  Again the number is
1-866-479-7925. Thank you.

<u>May 4, 2009 – Pre-Recorded Message</u>
If you are not Jeffrey Bianchi please hang up or disconnect.  By continuing
to listen to this message you acknowledge you are Jeffrey Bianchi.  This
message contains personal and private information so you should listen to it

in private.   There will now be a three second pause in this message to give you an opportunity to ensure your privacy for the remainder of this message.

<u>May 5, 2009 – Pre-Recorded Message</u>
If you are not Jeffrey Bianchi please hang up or disconnect.  By continuing to listen to this message you acknowledge you are Jeffrey Bianchi.  This message contains personal and private information so you should listen to it in private.   There will now be a three second pause in this message to give you an opportunity to ensure your privacy for the remainder of this message.  This is Mary Jones from Nationwide Credit.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 866-479-7925.  Good-bye.

<u>May 6, 2009 – Pre-Recorded Message</u>
Jeffrey Bianchi.  If you are not Jeffrey Bianchi please hang up or disconnect.  By continuing to listen to this message you acknowledge you are Jeffrey Bianchi.  This message contains personal and private information so you should listen to it in private.   There will now be a three second pause in this message to give you an opportunity to ensure your privacy for the remainder of this message.  This is Mary Jones from Nationwide Credit.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 866-479-7925.  Good-bye.

<u>May 7, 2009 – Pre-Recorded Message</u>
Bianchi.  If you are not Jeffrey Bianchi please hang up or disconnect.  By continuing to listen to this message you acknowledge you are Jeffrey Bianchi.  This message contains personal and private information so you should listen to it in private.   There will now be a three second pause in this message to give you an opportunity to ensure your privacy for the remainder of this message.  This is Mary Jones from Nationwide Credit.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 866-479-7925.  Good-bye.

<u>May 8, 2009 – Pre-Recorded Message</u>
Bianchi.  If you are not Jeffrey Bianchi please hang up or disconnect.  By continuing to listen to this message you acknowledge you are Jeffrey Bianchi.  This message contains personal and private information so you should listen to it in private.   There will now be a three second pause in this

message to give you an opportunity to ensure your privacy for the remainder of this message.

<u>May 9, 2009 – Pre-Recorded Message</u>
Bianchi.  If you are not Jeffrey Bianchi please hang up or disconnect.  By continuing to listen to this message you acknowledge you are Jeffrey Bianchi.  This message contains personal and private information so you should listen to it in private.   There will now be a three second pause in this message to give you an opportunity to ensure your privacy for the remainder of this message.  This is Mary Jones from Nationwide Credit.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact us about an important business matter on Monday after 8 AM at 866-479-7925. Good bye.

<u>May 10, 2009 – Pre-Recorded Message</u>
479-7925. This is not a solicitation call.  Again the number is 1-866-479-7925. Thank you.

<u>May 12, 2009 – Pre-Recorded Message</u>
Chi.  If you are not Jeffrey Bianchi please hang up or disconnect.  By continuing to listen to this message you acknowledge you are Jeffrey Bianchi.  This message contains personal and private information so you should listen to it in private.   There will now be a three second pause in this message to give you an opportunity to ensure your privacy for the remainder of this message.  This is Bob Jones from Nationwide Credit.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 866-479-7925. Good bye.

<u>May 15, 2009 – Pre-Recorded Message</u>
Jeffrey Bianchi.  If you are not Jeffrey Bianchi, please hang up or disconnect.  By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi.  This message contains personal and private information so you should listen to it in private.  There will now be a 3 second pause in this message to give you an opportunity to insure your privacy for the remainder of this message.  This is Mary Jones from Nationwide Credit.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 866-479-7925.  Goodbye.

<u>May 16, 2009 – Pre-Recorded Message</u>
Jeffrey Bianchi.  If you are not Jeffrey Bianchi, please hang up or
disconnect.  By continuing to listen to this message you acknowledge that
you are Jeffrey Bianchi.  This message contains personal and private
information so you should listen to it in private.  There will now be a 3
second pause in this message to give you an opportunity to insure your
privacy for the remainder of this message.  This is Bob Jones from
Nationwide Credit.  This is an attempt to collect a debt and any information
obtained will be used for that purpose.  Please contact me about an important
business matter at 866-479-7925.  Goodbye.

<u>May 17, 2009 – Pre-Recorded Message</u>
479-7925. This is not a solicitation call.  Again, the number is 1-866-479-
7925.  Thank you.

<u>May 18, 2009 – Pre-Recorded Message</u>
Bianchi.  If you are not Jeffrey Bianchi, please hang up or disconnect.  By
continuing to listen to this message you acknowledge that you are Jeffrey
Bianchi.  This message contains personal and private information so you
should listen to it in private.  There will not be a 3 second pause in this
message to give you a opportunity to insure your privacy for the remainder
of this message.

<u>May 19, 2009 – Pre-Recorded Message</u>
14.  This is not a solicitation call.  Again, the number is 1-888-297-7414.
Thank you.

<u>May 20, 2009, 8:17 AM – Pre-Recorded Message</u>
Hi, my name is (inaudible).  Please call me back on 888-297-7414 extension
to reach me is 2043.  Please call me back as soon as you get this message.
Thank you.

<u>May 20, 2009, 2:57 PM – Pre-Recorded Message</u>
14.  This is not a solicitation call.  Again, the number is 1-888-297-7414.
Thank you.

<u>May 23, 2009 – Pre-Recorded Message</u>
7-7414 this is not a solicitation call.  Again the number is 1-888-297-7414
thank you.

<u>May 24, 2009 – Pre-Recorded Message</u>
7-7414 this is not a solicitation call.  Again the number is 1-888-297-7414 thank you.

<u>May 26, 2009 – Pre-Recorded Message</u>
Hi my name is (inaudible).  Please call me back on 888-297-7414 extension to reach me is 2043.  Please call me back as soon as you get this message. Thank you.

<u>May 29, 2009 – Blank Message</u>

<u>June 2, 2009 – Pre-Recorded Message</u>
Hi my name is (inaudible).  Please call me back on 888-297-7414 extension to reach me is 2043.  Please call me back as soon as you get this message. Thank you.

<u>June 4, 2009 – Pre-Recorded Message</u>
Hi my name is (inaudible).  Please call me back on 888-297-7414 extension to reach me is 2043.  Please call me back as soon as you get this message. Thank you.

<u>June 5, 2009 – Pre-Recorded Message</u>
Hi my name is (inaudible).  Please call me back on 888-297-7414 extension to reach me is 2043.  Please call me back as soon as you get this message. Thank you.

<u>June 8, 2009 – Pre-Recorded Message</u>
Hi my name is (inaudible).  Please call me back on 888-297-7414 extension to reach me is 2043.  Please call me back as soon as you get this message. Thank you.

<u>June 9, 2009 – Pre-Recorded Message</u>
Hi my name is (inaudible).  Please call me back on 888-297-7414 extension to reach me is 2043.  Please call me back as soon as you get this message. Thank you.

<u>June 14, 2009 – Pre-Recorded Message</u>
87-7417 this is not a solicitation call.  Again the number is 1-888-297-7414. thank you.

<u>June 19, 2009 – Pre-Recorded Message</u>
87-7417 this is not a solicitation call.  Again the number is 1-888-297-7414.
thank you.

<u>June 20, 2009 – Pre-Recorded Message</u>
977414.  This is not a solicitation call.  Again the number is 1-888-297-
7414.  Thank you.

<u>June 24, 2009 – Pre-Recorded Message</u>
Bianchi.  If you are not Jeffrey Bianchi please hang up or disconnect.  By
continuing to listen to this message, you acknowledge you are Jeffrey
Bianchi.  This message contains personal and private information so you
should listen to it in private.  There will now be a three second pause in this
message to give you an opportunity to ensure your privacy for the remainder
of this message.  This is Mary Jones from Nationwide credit.  This is an
attempt to collect a debt and any information obtained will be used for that
purpose.  Please contact me about an important business matter at 888-297-
7414.  Good bye.

<u>June 25, 2009 – Pre-Recorded Message</u>
Bianchi.  If you are not Jeffrey Bianchi please hang up or disconnect.  By
continuing to listen to this message, you acknowledge you are Jeffrey
Bianchi.  This message contains personal and private information so you
should listen to it in private.  There will now be a three second pause in this
message to give you an opportunity to ensure your privacy for the remainder
of this message.  This is Mary Jones from Nationwide credit.  This is an
attempt to collect a debt and any information obtained will be used for that
purpose.  Please contact me about an important business matter at 888-297-
7414.  Good bye

<u>June 26, 2009, 3:13 PM – Pre-Recorded Message</u>
(Music) Please continue to hold your call is very important to us, we will be
with you shortly. (Music) Please continue to hold your call is very important
to us, we will be with you shortly. (Music) Please continue to hold, your call
is very important to us, we will be with you shortly. (Music) Please continue
to hold your call is very important to us, we will be with you shortly.
(Music) Please continue to hold, your call is very important to us we will be
with you shortly.  (Music) Please continue to hold your call is very
important to us we will be with you shortly. (Music) Please continue to hold
your call is very important to us, we will be with you shortly.  (Music)

Please continue to hold, your call is very important to us, we will be with you shortly.  (Music) Please continue to hold your call is very important to us, we will be with you shortly.  (Music) We are sorry but we are temporarily unable to connect you with a representative, however your call is very important to us.  Please call back to 888-297-7414 and mention reference number 09077114974.

June 26, 2009, 6:43 PM – Pre-Recorded Message
87-7414. This is not a solicitation call.  Again the number is 1-888-297-7414.  Thank you.

June 29, 2009 – Pre-Recorded Message
87-7414. This is not a solicitation call.  Again the number is 1-888-297-7414.  Thank you.

June 30, 2009 – Pre-Recorded Message
87-7414. This is not a solicitation call.  Again the number is 1-888-297-7414.  Thank you.

July 2, 2009 – Pre-Recorded Message
87-7414. This is not a solicitation call.  Again the number is 1-888-297-7414.  Thank you.

July 3, 2009 – Pre-Recorded Message
87-7414. This is not a solicitation call.  Again the number is 1-888-297-7414.  Thank you.

July 5, 2009 – Pre-Recorded Message
479-7925. This is not a solicitation call.  Again the number is 1-866-479-7925. Thank you.

July 7, 2009, 2:37 PM – Blank Message

July 7, 2009, 7:06 PM – Pre-Recorded Message
If this is not Jeffrey Bianchi, please press 2 now, once again if this is Jeffrey Bianchi please press 1 now, if this is not Jeffrey Bianchi, please press 2 now, Hello, this is message for Jeffrey Bianchi, if you are not Jeffrey Bianchi please hang up or disconnect, by continuing to lesson to this message you acknowledge you are Jeffrey Bianchi, this message contains personal and private information so you should listen to it in private. There will now be a

10

3 second pause in this message to give you an opportunity to insure your privacy for the remainder of this message. This is Mary Jones from Nationwide Credit, this is an attempt to collect a debt and any information obtained will be use for that purpose. Please contact me about an important business matter at 888-297-7414, Good bye.

July 8, 2009 – Pre-Recorded Message
(Music) Please continue to hold your call is very important to us, we will be with you shortly (Music) Please continue to hold your call is very important to us , we will be with you shortly. We are sorry  but we are temporary unable to connect you with an representative , however your call is very important to us, please call back to 888-297-7414 and mention reference number 09077114974. Thank you good bye.

July 9, 2009, 11:00 AM – Blank Message

July 9, 2009, 2:03 PM – Pre-Recorded Message
If this is not Jeffrey Bianchi, please press 2 now, once again if this is Jeffrey Bianchi please press 1 now, if this is not Jeffrey Bianchi, please press 2 now, Hello, this is message for Jeffrey Bianchi, if you are not Jeffrey Bianchi please hang up or disconnect, by continuing to lesson to this message you acknowledge you are Jeffrey Bianchi, this message contains personal and private information so you should listen to it in private. There will now be a 3 second pause in this message to give you an opportunity to insure your privacy for the remainder of this message. This is Mary Jones from Nationwide Credit, this is an attempt to collect a debt and any information obtained will be use for that purpose. Please contact me about an important business matter at 888-297-7414, Good bye.

July 10, 2009 – Blank Message

July 15, 2009 – Pre-Recorded Message
If this is not Jeffrey Bianchi, please press 2 now.  Once again, if this is Jeffrey Bianchi, please press 1 now.  If this is not Jeffrey Bianchi, please press 2 now. Hello this is a message for Jeffrey Bianchi.  If you are not Jeffrey Bianchi, please hang up or disconnect.  By continuing to listen to this message, you acknowledge you are Jeffrey Bianchi.  This message contains personal and private information so you should listen to it in private.  There will now be a 3 second pause in this message to give you an opportunity to insure your privacy for the remainder of this message. This is Mary Jones

11

from Nationwide Credit.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 888-297-7414.  Goodbye.

July 16, 2009 – Pre-Recorded Message
Hi.  This message is for Jeffrey Bianchi.  This is Adam.  I am calling about business matter.  Please call me at 888-297-7414 and my extension is 5905.  Please call me as soon as possible.  Thank you.

11.  Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.  The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See _Berg v. Merchs. Ass'n Collection Div_., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.  Defendant failed to inform Plaintiff in some of the messages that the

communication was from a debt collector and failed to disclose the purpose of

Defendant's messages and failed to disclose Defendant's name.

14.  Defendant used an automatic telephone dialing system or a pre-

recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15.  Plaintiff did not expressly consent to Defendant's placement of

telephone calls to Plaintiff's cellular telephone by the use of an automatic

telephone dialing system or a pre-recorded or artificial voice prior to Defendant's

placement of the calls.

16.  None of Defendant's telephone calls placed to Plaintiff were for

"emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

12

17.     Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

18.     Plaintiff incorporates Paragraphs 1 through 17.

19.     Defendant failed to disclose in some of the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

20.     Plaintiff incorporates Paragraphs 1 through 17.

21.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name, that it is a debt collector, and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group,*

*Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

   a.   Damages;

   b.   Attorney's fees, litigation expenses and costs of suit; and

   c.   Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

22.   Plaintiff incorporates Paragraphs 1 through 17.

23.   Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

   a.   Damages;

   b.   Attorney's fees, litigation expenses and costs of suit; and

   c.   Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED
## CALLS TO A CELLULAR TELEPHONE

24.     Plaintiff incorporates Paragraphs 1 through 17.

25.     Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT V
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE
## FLORIDA CONSUMER COLLECTION PRACTICES ACT

26.     Plaintiff incorporates Paragraphs 1 through 17.

27.     Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications and its name when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT VI
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

28.    Plaintiff incorporates Paragraphs 1 through 17.

29.    By failing to disclose that it is a debt collector, its name and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

16

30.     The FCCPA provides for equitable relief including injunctive relief.

*Berg v. Merchs. Ass'n Collection Div*., 586 F. Supp. 2d 1336, 1345, (S.D. Fla.

2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit;

      c.     declaring that Defendant's practices violate the FCCPA;

      d.     permanently injoining Defendant from engaging in the

complained of practices; and

      e.     Such other or further relief as the Court deems proper.

## COUNT VII
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

31.     Plaintiff incorporates Paragraphs 1 through 17.

32.     Defendant placed non-emergency telephone calls to Plaintiff's cellular

telephone using an automatic telephone dialing system or pre-recorded or artificial

voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227

(b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

      a.     Damages;

b.      a declaration that Defendant's calls violate the TCPA;

c.      a permanent injunction prohibiting Defendant from placing

non-emergency calls to the cellular telephone of any person using an

automatic telephone dialing system or pre-recorded or artificial voice

without the prior express consent of the called party; and

d.      Such other or further relief as the Court deems proper.

## <u>JURY DEMAND</u>

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: <u>s/ Donald A. Yarbrough</u>
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658