UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:
10-60934-CIV-MORENO**

JEFFREY D. BIANCHI,

    Plaintiff,

vs.

NATIONWIDE CREDIT, INC.,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF PARTIAL JUDGMENT

THIS CAUSE came before the Court upon a Motion for Entry of Partial Judgment **(D.E. No. 19)**, filed on **October 8, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The Court enters Partial Judgment in favor of the Plaintiff, Jeffrey D. Bianchi, and against Defendant, Nationwide Credit, Inc., with respect to Plaintiff's claims under the Fair Debt Collection Practices Act in the amount of $1,001.00 together with interest thereon at the legal rate from the date of this Order. The Court reserves jurisdiction on the matter of Plaintiff's attorney fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record