UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**10-60934-CIV-MORENO**

JEFFREY D. BIANCHI,

      Plaintiff,

vs.

NATIONWIDE CREDIT, INC.,

      Defendant.

_____/

## FINAL ORDER OF DISMISSAL AND
## ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon a *sua sponte* review of the record.  It is

**ADJUDGED** that this action is DISMISSED.  It is also

**ADJUDGED** that all pending motions in this case are DENIED as moot with leave to

refile if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this _22_ day of November,
2010.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record