**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 10-60934-Civ-Moreno/Torres

JEFFREY D. BIANCHI,

       Plaintiff,

v.

NATIONWIDE CREDIT, INC.,

       Defendant.

_____/

## DEFENDANT NATIONWIDE CREDIT, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY FEES

Defendant Nationwide Credit, Inc. ("Nationwide") files this Motion for Extension of Time to Respond to Plaintiff's Motion for Attorney Fees and states as follows:

1.      Plaintiff filed his Motion for Attorney Fees on Dec. 14, 2010 [D.E. 34].

2.      Because of the timing of Plaintiff's motion, which was filed at the peak of the holiday season, Nationwide and its counsel require additional time to formalize an appropriate response to Plaintiff's motion.

3.      Plaintiff would not be prejudiced if this extension were granted.

4.      This motion is brought in good faith and not for purposes of harassment or delay.

WHEREFORE, Nationwide respectfully requests that this Court grant this motion and allow Nationwide an additional 30 days to file a response to Plaintiff's Motion for Attorney Fees.

Dated December 22, 2010.   Respectfully submitted,


        By:/s/Ira Scot Silverstein, Esq.
        Ira Scot Silverstein, Esq.
        Florida Bar No. 0009636
        1701 West Hillsboro Blvd., Suite 307
        Deerfield Beach, FL 33442
        Tel: 954-354-3544, ext. 215
        Fax: 954-354-3545
        isilverstein@erwlaw.com
        *Attorney for Nationwide Credit, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2010, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system.  I also certify that the

foregoing document is being served this day on all counsel of record identified below via

transmission of Notices of Electronic Filing generated by the CM/ECF system.


Donald A. Yarbrough
2000 E. Oakland Park Blvd.
Suite 105, P.O. Box 11842
Fort Lauderdale, FL 33339
Email: donyarbrough@mindspring.com
Attorney for Plaintiff

By:/s/Ira Scot Silverstein, Esq.
Ira Scot Silverstein, Esq.
Florida Bar No. 0009636