UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60934-Civ-Moreno/Torres

JEFFREY D. BIANCHI,

    Plaintiff,

v.

NATIONWIDE CREDIT, INC.,

    Defendant.

_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Final Judgment (DE 22) entered October 18, 2010 against, Nationwide Credit, Inc., acknowledges that full payment thereof has been received and the Judgment is satisfied.

_____
Jeffrey D. Bianchi

Respectfully submitted,
DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60934-Civ-Moreno/Torres

JEFFREY D. BIANCHI,

    Plaintiff,

v.

NATIONWIDE CREDIT, INC.,

    Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>June 1, 2011</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      <u>s/Donald A. Yarbrough</u>
                                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Elizabeth R. Wellborn, Esq.
Suite 307
1701 West Hillsboro Blvd
Deerfield Beach, FL 33442
Telephone: 954-354-3544
Facsimile: 954-354-3545

<u>Via Notices of Electronic Filing generated by CM/ECF</u>